FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Enio Fco. Zaragoza 093127
(Name of Plaintiff)    (Inmate Number)

501 Mall RD. Harrisburg P.A 17111
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

_____
(Case Number)

vs.

CIVIL COMPLAINT

(1) Prime Care employee's Jane Doe's
(2) Prime Care employee John Doe's
(3) Central Booking Dauphin County
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

**FILED**
**SCRANTON**

AUG 2 8 2024

Per_____
DEPUTY CLERK

TO BE FILED UNDER: ✓  42 U.S.C. § 1983 - STATE OFFICIALS
                   ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

        No

1

## Administrative Grievance Exhaustion

1. I wrote more than 90 request slips, asking about their negligence and technical actions ec.t. It's on my files evidence

2. Grievance procedure from November 11, 2022 wrote grievances
a) they responses I being avoided by time exhaustion to have a defense
b) I have more than 90 request slips and more than 10 grievance majority have been avoided one answer is longer than 60 days.

3. I ask for the prison chairman information so I can proceed and any higher address to continue my process, and have been avoided.

4. In order for me to get all my evidence I have to pay for the copies which is $25.00 in total for copies

5. If the courts allow my allegations which are facts pass throught summary judgment. All the evidence should not be restrictive or any medical records that I have.

Copy of Citizen's Complaint

- On 9-7-2022 from 10:AM to 3:45PM, between those hrs is on the Medical records, also it is on the Police record since my case is still active. On this date 4 Police off. & 2 Det. acted under the color of law & negligence causing me to suffer extra pain from my fresh wounds, coming from major surgery on 9-3-22 & 4 days later these off. acted while I'm under durress put me on the back seat of a patrol car to be transported from Holy Spirit Hosp. to Har.P.D. having me bend my knees more than usual to fit on the backseat without asking professional medical opinion on how, I should be transported, knowing I'm not like a reg. person in custody to be treated as a reg. proredure. On the P.D. garage a office chair was use, to transport me upstairs to an interrogation room, while my feet dragging causing more pain. The 2 Det had me from 10am until 3:30PM under investigation, being under durress without my pain medication or having my wounds clean & gauce change, after being moved that causes my open wounds to bleed & cause other liquid from my body to come out. I was taken again to a patrol car, but now I was move in a wheelchair. There negligence causing infliction of pain. I was transported to Dauphin County Central Booking in a Patrol car.

## IV. Statement of Claim

1: On September 7, 2022 approximately around 3:50 PM, I was transfer from Police bureau; To Dauphin County Central Booking I was transported towards processing intake in a wheelchair for I was out of surgery in my abdomen area 2,000ML of loss blood medical results anemic, blood on my stomach under the influence of pain medication IV morphine and tylenol 3 right from leaving the hospital around 10:25AM on that same day Sep. 7, 2022.

a) After going through the Booking process I was seen by the nurse Jane Doe employee by Dauphin County Prison, a Prime Care practitioner nurse.

b) I have let the practitioner nurse know I needed my prescribe meds. which were suppose to be taken every 4 hours.

2) I was put on the floor in the bullpen to take some pressure from my abdomen were all my pain came from. I was on a lot of pain I have constantly ask for pain meds I was deny by the prison guards and the nurse. I have been without the prescribe meds since September 7, 10:20 AM until September 8, 2022 in the morning when morning meds came which I was taking them three times a day.

V. Relief Color of State law 42 U.S.C.S. and 1983

1. I desire the court to read and see all the factual allegations that, I have put together with evidence my allegations for this relief. have!

a) Allegations with factual evidence such as;
i) names
ii) place
b) time
c) conduct
d) intention/negligences.
e) injuries

2) I will like to be comendated and compensated for the physical emotional IIED "Intentional Infliction Emotional Distress
a) I will like for the proper treatment and material us detaine need while we are waitting
b) If we need therapy or medication any medical assistance and an emergency camilla in case, someone else comes like me, so they wont suffer.

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of ___August___, 20_24_

_____*Enio Zaragoza*_____
(Signature of Plaintiff)

4



NAME: Enrio Zaragoza
D.C.P# 091127
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG PA 17111-1299

RECEIVED 26 AUG 2024
SCRANTON

AUG 28 2024
PER ___DJ___
       DEPUTY CLERK

USMS X-RAY

United States District Court
Middle District of Pennsylvania
235 N. Washington ave
Scranton, PA 18501